UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEOFFREY A. FRAZIER,
et al.,

       Plaintiffs,

v.                              CASE NO. 8:08-CV-677-T-17TGW

REID JOHNSON, et al.,

       Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 38 Report and Recommendation

The Court referred Defendants' Motion for Attorney's Fees and Costs to the assigned Magistrate Judge to conduct a hearing and for a Report and Recommendation. Magistrate Judge Wilson conducted a hearing on November 18, 2008, and has issued a Report and Recommendation (Dkt. 38) in which it is recommended that the Motion for Attorney's Fees and Costs be denied without prejudice.

The Court has independently reviewed the pleadings. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts the Report and Recommendation, and incorporates it herein by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 38) is **adopted** and **incorporated** by reference. Defendants' Motion for Attorney's Fees and Costs is **denied without prejudice.**

Case No. 8:08-CV-677-T-17TGW

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 10th day of February, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record